UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KENDU STARMEL

                                                                           Plaintiff                        20-CV-089 (GLS/DJS)

                                                                                                **NOTICE OF APPEARANCE**

      -against

SGT. TOMPKIN, et al.,

                                          Defendants
------------------------------------------------------------------X

      **To:** Clerk of the court and all parties of record

      **PLEASE TAKE NOTICE**, that the undersigned attorney, duly authorized to practice within the Northern District of New York, hereby enters his appearance as counsel for the plaintiff, KENDU STARMEL, in the above captioned matter.

                                                      */s/ Glenn Miller*
                                                         Glenn Miller, Esq.
                                                   Sivin, Miller & Roche LLP
                                                  20 Vesey Street, Suite 1400
                                                  New York, NY 10007
                                                  (212) 349-0300
                                                  gmiller@sivinandmiller.com