UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------
KENDU STARMEL,
          Plaintiff,

      v.                                       Civil Case No. 9:20-cv-89 MAD/DJS

SGT. TOMPKIN, ET AL.,
          Defendants.
----------------------------------------------------------

## ORDER TO PRODUCE FOR REMOTE TESTIMONY

      It appearing that a Writ of Habeas Corpus Ad Testificandum be issued to the Sergeant of Oneida County Correctional Facility/Jail, or his deputies, for **ROY ZEHR,** (Witness), a witness in the above-entitled action, who is in their respective custody and charge, to be produced at 9:00 a.m. on October 14, 2022 and each day thereafter for the duration of the trial, at the U.S. District Court for the Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York, for the purpose of testifying at the trial relative to the above-entitled case before the Honorable Mae A. D'Agostino. It appears that the witness is presently incarcerated at Oneida County Jail, and it is necessary that a Writ of Habeas Corpus Ad Testificandum be issued for the purpose of securing the presence of the witness at said proceeding for his **REMOTE TESTIMONY (Separate Teams invite emailed to Oneida County Jail)**. It is expected that this trial will last approximately 2-3 days. Therefore, it is hereby

      **ORDERED** that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum directing the Sergeant of the above-named facility where said witness is currently housed, or his deputies, to deliver said witness for **REMOTE TESTIMONY** on the date and time specified above until the completion of his testimony; it is further

      **ORDERED** that a certified copy of this Order and said Writ be served via email and "certified mail - return receipt requested" upon the Superintendent of the named institution.

DATED:     October 3, 2022

                                                                  Mae A. D'Agostino
                                                                  U.S. District Judge