UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

KENDU STARMEL,
          Plaintiff,

          v.                        Civil Case No.  9:20-cv-89 MAD/DJS

SGT. TOMPKIN, ET AL.,
          Defendants.
-----------------------------------------------------------

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:    Sergeant, Oneida County Correctional Facility/Jail
          6075 Judd Road
          Oriskany, NY 13424

GREETINGS:

THE SERGEANT OF ONEIDA COUNTY CORRECTIONAL FACILITY/JAIL IS HEREBY COMMANDED TO REMOTELY PRODUCE **ROY ZEHR, (Via Video Testimony)**, under safe and secure conduct, to the James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York to appear (Via Video) before the Honorable Mae A. D'Agostino, on October 14, 2021 at 9:00 a.m. and each day thereafter until the completion of trial testimony, for the purpose of testifying at trial in this Court.   The trial is expected to last approximately 2-3 days. **ROY ZEHR** (Witness), by you imprisoned and detained, may be returned to the County Facility upon the completion of his testimony.  **The prisoner at all times is to remain subject to the confinement imposed upon him by the County of Oneida, New York**.

          And have you then and there this Writ:

**WITNESS**, Hon. Mae A. D'Agostino, U.S. District Court, Northern District of New York, this 3rd  day of October, 2022.

                                      *Clerk of Court*

                                      B. Norton, Deputy Clerk