Page 1 of 2

**United States District Court**
**Northern District of New York**

Case No.: 9:20-cv-00089-MAD-DJS

Date: _____

Presiding Judge: HON. MAE A. D'AGOSTINO

(X) Plaintiff     ( ) Defendants     ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-1 | | | Stipulated to | | Use of Force Report (A-E) |
| P-2 | | | Stipulated to | | Inmate Injury Report |
| P-3 | | | Stipulated to | | To/From Memo Tompkins to Captain's Office dated February 24th, 2017 |
| P-4 | | | Stipulated to | | Employee Accident/ Injury Report (James) |
| P-5 | | | Stipulated to | | Employee Accident/ Injury Report (Locklin) |
| P-6 | | | Stipulated to | | DOCCS Inmate Photograph of Plaintiff |
| P-7 | | | Stipulated to | | Inmate Misbehavior Report |
| P-8 | | | Stipulated to | | Plaintiff's Grievance |
| P-9 | | | Stipulated to | | Defendant James' Grievance Response |
| P-10 | | | Stipulated to | | Defendant Locklin's Grievance Response |
| P-11 | | | Stipulated to | | Defendant Tompkins' Grievance Response |
| P-12 | | | Stipulated to | | CO Gordon's Grievance Response |
| P-13 | | | Stipulated to | | Photos of the MHU (A-F) |
| P-14 | | | Stipulated to | | Photos of Plaintiff (A-J) |
| P-15 | | | Stipulated to | | Photos of Defendants (A-B) |
| P-16 | | | Objection (hearsay) | | Affidavit of Roy Zehr dated March 28, 2017 |
| P-17 | | | Withdrawn | | OMH Records |
| P-18 | | | Stipulated to subject to redaction | | DOCCS Medical Records (A-E) |
| P-19 | | | Objection (relevance) | | Chart from the Nathaniel Clinic/ CASES |
| P-20 | | | Objection (relevance) | | Use of Force Directives |

| | | Stipulated to | |
|---|---|---|---|
| P-21 | | | Form 3152 dated February 24, 2017 |
| P-22 | | Objection (relevance) | Complaint filed January 27, 2020 |
| P-23 | | Objection (relevance) | Tompkins Affidavit of Service |
| P-24 | | Objection (relevance) | James Affidavit of Service |
| P-25 | | Objection (relevance) | Locklin Affidavit of Service |
| P-26 | | Objection (relevance) | Answer filed on April 17th, 2020 |
| P-27 | | Objection (relevance) | Certificate of Disposition for state assault charges against Plaintiff |

Exhibits Returned to Counsel (Date): _____

Signature: _____

PLEASE TAKE NOTICE that Plaintiff reserves the right to supplement this Exhibit List as necessary and required, up to the date of trial.

Dated: September 20, 2022

SIVIN, MILLER & ROCHE, LLP

By: /s/Glenn Miller
Glenn Miller, Esq.
*Attorneys for Plaintiff*
20 Vesey Street, Suite 1400
New York, NY 10007
Telephone: (212) 349-0300
Fax: (212) 406-9462
Email: gmiller@sivinandmiller.com