Wednesday, October 19, 2022, ALBANY, NY
Hon. Mae A. D'Agostino, Presiding
Clerk: Britney Norton
Steno: Jacqueline Stroffolino

---

**KENDU P. STARMEL,**
                **Plaintiff,**


      vs.                            9:20-cv-89 MAD/DJS

**SGT. MICHAEL TOMPKINS;**
**C.O. TERRY JAMES; and**
**C.O. BENJAMIN LOCKLIN,**
                **Defendants.**

---

APPEARANCES:    Sivin, Miller, and Roche by: **Glenn Miller, Esq.,** for Plaintiff *with paralegal Stephanie Leibowitz*.

                            Office of the NYS Attorney General by: **Stacey Hamilton, AAG and Matthew Gallagher, AAG,** for Defendants.

### JURY TRIAL DAY 1 - Wednesday, October 19, 2022

| | |
|---|---|
| 8:55 a.m. | Judge D'Agostino meets with counsel in chambers. |
| 9:47 a.m. | Judge D'Agostino enters. |
| 9:50 a.m. | Jury Pool enters. Clerk calls case. Appearances noted for the record. |
| 9:52 a.m. | Judge D'Agostino addresses the jury pool. |
| 9:56 a.m. | Jury Pool Sworn (Oath to Veniremen). |
| 9:57 a.m. | Judge D'Agostino begins voir dire of the jurors. |
| 10:00 a.m. | Sidebar with jurors and counsel regarding certain voir dire questions. |
| 10:20 a.m. | 16 jurors seated in the jury box. |

Wednesday, October 19, 2022, ALBANY, NY
Hon. Mae A. D'Agostino, Presiding
9:20-cv-89 MAD/DJS
Page 2

| Time | Event |
|---|---|
| 10:23 a.m. | Judge D'Agostino continues voir dire of potential jurors. |
| 10:40 a.m. | Sidebar with jurors and counsel. |
| 10:48 a.m. | Empty jury seats refilled. |
| 10:48 a.m. | Judge D'Agostino continues voir dire of jurors. |
| 10:58 a.m. | Recess |
| 11:00 a.m. | Peremptories are exercised at sidebar. |
| 11:21 a.m. | Some jurors are excused and the selected jurors are reseated in the jury box. |
| 11:22 a.m. | Counsel state for the record:<br>- The jury, as selected, is Acceptable to the Plaintiff.<br>- The jury, as selected, is Acceptable to the Defense. |
| 11:22 a.m. | Jury of 8 plus 2 alternates sworn (Oath to Jurors in Civil Case). |
| 11:22 a.m. | Judge D'Agostino addresses the jurors. |
| 11:23 a.m. | Judge D'Agostino gives the Preliminary Charge to the Jury. |
| 11:39 a.m. | Plaintiff Opening Statements. |
| 12:02 p.m. | Defense Opening Statements. |
| 12:10 p.m. | Lunch Recess until 1:00 p.m. |
| 1:00 p.m. | Judge D'Agostino enters. |
| 1:02 p.m. | Jury enters. |
| 1:02 p.m. | The Plaintiff calls as its' *1st witness*, **KENDU STARMEL**. Witness sworn and questioned. P-13C, P-13A, P-13F presented to witness and offered into evidence. P-13 was stipulated into evidence prior to the start of trial. **P-13A-F is Accepted and Received**. P-28 marked for identification. |

Wednesday, October 19, 2022, ALBANY, NY
Hon. Mae A. D'Agostino, Presiding
9:20-cv-89 MAD/DJS
Page 3

| Time | Event |
|---|---|
| 1:58 p.m. | sidebar |
| 1:58 p.m. | The Plaintiff continues direct-examination of witness, **KENDU STARMEL**. |
| 1:58 p.m. | Jury excused for 5 minute recess. We will be taking a remote inmate witness out of order, for the purposes of judicial economy. The plaintiff's testimony will resume after this remote witness gives his testimony. |
| 2:00 p.m. | Recess |
| 2:06 p.m. | Judge D'Agostino enters. |
| 2:09 p.m. | Jury Enters. |
| 2:10 p.m. | The Plaintiff calls its' *2nd witness*, **JULIO JIMINEZ**. Witness sworn and questioned. This witness appears remotely from a NYS Correctional Facility. |
| 2:19 p.m. | Defense cross-examination of witness, **JULIO JIMINEZ**. |
| 2:28 p.m. | The Plaintiff resumes direct-examination of plaintiff witness, **KENDU STARMEL**. The plaintiff is reminded that he is still under oath. P-14A-J presented to witness and offered into evidence by stipulation. **P-14A-J Accepted and Received**. |
| 2:42 p.m. | Sidebar with counsel. |
| 2:44 p.m. | The Plaintiff continues direct-examination of witness, **KENDU STARMEL**. P-14presented to jury. P-2 presented to the jury and stipulated into evidence. **P-2 Accepted and Received**. |
| 2:54 p.m. | Sidebar with counsel. |
| 2:55 p.m. | The Plaintiff continues direct-examination of witness, **KENDU STARMEL**. P-18A-E (DOCCS Medical Records) stipulated into evidence. **P-18A-E Accepted and Received, subject to redaction**. |
| 3:15 p.m. | Sidebar with counsel - The Court rules on the mental health testimony and SHU testimony as to Kendu Starmel. |

Wednesday, October 19, 2022, ALBANY, NY
Hon. Mae A. D'Agostino, Presiding
9:20-cv-89 MAD/DJS
Page 4

| Time | Event |
|---|---|
| 3:20 p.m. | Recess for 10 minutes. |
| 3:32 p.m. | Judge D'Agostino enters. |
| 3:35 p.m. | Jury enters. |
| 3:35 p.m. | Defense cross-examination of witness, **KENDU STARMEL**. D-24 presented to witness for identification. |
| 3:43 p.m. | Judge D'Agostino gives a limiting instruction the jury regarding deposition testimony. |
| 3:43 p.m. | Defense continues cross-examination of witness, **KENDU STARMEL**. D-22 presented to witness for identification. D-11 (Plaintiff's Medical Records) presented to witness and stipulated into evidence. **D-11 Accepted and Received**. **D-5** presented to witness and stipulated into evidence. |
| 4:42 p.m. | Sidebar with counsel. |
| 4:46 p.m. | Defense continues cross-examination of witness, **KENDU STARMEL**. **D-11** presented to witness. |
| 4:55 p.m. | Jury excused until tomorrow, 10/20/22 at 9:00 a.m. Judge D'Agostino addresses the jurors. |
| 4:55 p.m. | Court stands adjourned. |